NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**BAGGAGE AIRLINE GUEST SERVICES, INC.,**
*Plaintiff-Appellant*

**v.**

**ROADIE, INC.,**
*Defendant-Appellee*

———————————

2019-1511

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-00707-RGA, Judge Richard G. Andrews.

———————————

**JUDGMENT**

———————————

STEFAN V. STEIN, Gray Robinson, PA, Tampa, FL, argued for plaintiff-appellant. Also represented by COLE CARLSON.

EDWARD A. PENNINGTON, Smith, Gambrell & Russell, LLP, Washington, DC, argued for defendant-appellee. Also represented by JOHN P. MOY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, SCHALL, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


<table>
<tr><td>November 5, 2019</td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner</td></tr>
<tr><td></td><td>Clerk of Court</td></tr>
</table>